# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| **HAROLD HOBBS** | * |
| **ADC #77219** | * |
| | * |
| **Plaintiff** | * |
| | * |
| v. | *   Case No. 2:06CV00059-WRW |
| | * |
| **SGT. FOREMAN,** *et al.* | * |
| | * |
| **Defendants** | * |

## ORDER of DISMISSAL

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr.  After careful review of the Proposed Findings and Recommended Disposition, the timely objections received thereto, as well as a  de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety.  Accordingly, Defendants' Motion for Summary Judgment (docket entry #18) is GRANTED, Plaintiff's action is dismissed pursuant to 42 U.S.C. Section 1997e due to his failure to exhaust his administrative remedies. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from a Judgment and this Order of Dismissal would not be taken in good faith.

IT IS SO ORDERED, this 23rd day of August, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE