# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

HAROLD HOBBS  
ADC #77219                                                                    PLAINTIFF

V.                      2:06CV00059 WRW/HDY

FOREMAN *et al.*                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Defendants' Motion for Judgment on the Pleadings is GRANTED as to the official capacity claims against them;

2. The Motion to Dismiss is GRANTED as to the Plaintiff's claims against Defendants Harmon, Harris, and Norris, and they are dismissed as Party Defendants; and

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

DATED this 25th day of August, 2008.

                                                              /s/ Wm. R. Wilson, Jr.  
                                                           UNITED STATES DISTRICT JUDGE